PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Akeem Wilder  Cr.: 2:07-CR-460-JLL-01
PACTS Number: 49166

Name of Sentencing Judicial Officer: Jose Linares

Date of Original Sentence: 06/24/08

Original Offense: Unlawful Transport of Firearms, 18 U.S.C. 922(g)(1)

Original Sentence: 30 months, three years supervised release.  Special Conditions: Drug Treatment, DNA.

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/30/09

## PETITIONING THE COURT

[ ] To extend the term of supervision for ____ Years, for a total term of ____ Years.
[X] To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.

## CAUSE

The supervised releasee has been diagnosed with paranoid schizophrenia. A condition for mental health treatment will assist in supervising him effectively.

Respectfully submitted,

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 03/30/09

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

Signature of Judicial Officer
4.2.2009